SO ORDERED: July 6, 2016.

_____
James M. Carr
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: ) | |
| KINKEAD, TERRY WARREN, ) | CASE NO: 12-11152-JMC-7 |
| Debtor(s). ) | |

**ORDER ON TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS**

The Trustee's First Omnibus Objection to Claims (Docket #51) comes before the Court after notice. As to the claims on the list attached to Trustee's Objection, either no response to the objection was filed or any response has been resolved informally or the claim to which the Trustee objected has been withdrawn. Accordingly, the Court now ORDERS that the claims to which the Trustee objected shall be treated as described in the list attached hereto.

###

| Claimant | Claim # | Grounds for Objection | Treatment |
|---|---|---|---|
| Cavalry Portfolio Services<br>500 Summit Lake Drive, #400<br>Valhalia, NY 10595 | 1 | Debt not scheduled by Debtor and no original account documentation evidencing that the debt is owed by the Debtor was provided by Claimant. Trustee is unable to determine the validity of claim. | Disallowed pursuant to FRBP 3007(d)(6) |
| American InforSource as agent for TMobile / T-Mobile USA, Inc.<br>P O Box 248848<br>Oklahoma City, OK 73124 | 2 | Debt not scheduled by Debtor and no original account documentation evidencing that the debt is owed by the Debtor was provided by Claimant. Trustee is unable to determine the validity of claim. | Disallowed pursuant to FRBP 3007(d)(6) |
| InSolve Recovery, LLC<br>C/O Capital Recovery Grp<br>Dept. 3203<br>P O Box 123203<br>Dallas, TX 75312 | 5<br><br>6 | Claim appears to be superceded by Claim No. 9<br><br>Debt not scheduled by Debtor and no original account documentation evidencing that the debt is owed by the Debtor was provided by Claimant. Trustee is unable to determine the validity of claim. | Disallowed pursuant to FRBP 3007(d)(3)<br><br>Disallowed pursuant to FRBP 3007(d)(6) |
| Credit Solutions Corp.<br>5454 Ruffin Rd., Ste. 200<br>San Diego, CA 92123 | 7 | Claim appears to be superceded by Claim No. 8 | Disallowed pursuant to FRBP 3007(d)(6) |